ARON ELLMAN et al., Appellants, *v.* M. E. G. REALTY CORPORATION, Respondent.

(Submitted January 10, 1929; decided February 13, 1929.)

*Meyer D. Siegel* for appellants.

*Maurice L. Albert* and *Jacob Rieger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.